UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE WILTZ,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SF,<br>　　　　Defendants. | Case No.: C 05-03275 CRB<br><br>**STIPULATION AND (PROPOSED)<br>ORDER REMOVING CASE FROM<br>MEDIATION** |

Whereas:

- At the recent case management conference the court ordered that:
    - Prior to February 6, the parties participate in a settlement conference before Magistrate Judge Maria Elena James; and
    - That if the parties cannot settle the case that they return for a further case management conference on March 3; and
- Prior to the case management conference the parties filed a stipulation to mediate; and
- The ADR administrator told plaintiff counsel that absent a court order she must proceed with scheduling a mediation;

The parties stipulate that this matter be removed from mediation for the time being, without prejudice to mediating the case at some point in the future.


Dated: December 2, 2005　　　　　　　　　LAW OFFICES OF STEVEN R. JACOBSEN



　　　　　　　　　　　　　　　　　　　　　//ss// JAMES L. ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

-1-

**Stipulation and (Proposed) Order
Removing Case from Mediation
Wiltz v. CCSF #C-05-03275-CRB**

1  Dated: November 29, 2005               SAN FRANCISCO CITY ATTORNEY'S OFFICE

                                          //ss// DAVID DELBON
                                          Attorneys for Defendant

**IT IS SO ORDERED**:

Dated: Dec. 06, 2005



_____
DISTRICT JUDGE

-2-

**Stipulation and (Proposed) Order
Removing Case from Mediation
Wiltz v. CCSF #C-05-03275-CRB**