**STEVEN R. JACOBSEN**
BAR NO. 95246
**JAMES L. ARMSTRONG**
BAR NO. 87797
**LAW OFFICES OF STEVEN R. JACOBSEN**
**901 CLAY STREET**
**OAKLAND, CALIFORNIA 94607**
**(510) 465-1500**

**ATTORNEYS FOR PLAINTIFF**
**LOUISE WILTZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE WILTZ, ) | Case No.: C 05-03275 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION AND (PROPOSED)** |
| ) | **ORDER CONTINUING** |
| vs. ) | **SETTLEMENT CONFERENCE** |
| ) | |
| CITY AND COUNTY OF SAN ) | |
| FRANCISCO, ) | |
| ) | |
| Defendants. ) | |

Whereas:

- The parties are scheduled for settlement conference before Magistrate James in her chambers at 10:00 a.m. on Wednesday, February 1, 2006;

- Documentary evidence concerning plaintiff's medical bills and the amount paid by Medi-Cal to the healthcare providers are necessary for the settlement conference; and

- Despite diligent efforts, plaintiff's counsel has not been able to obtain said documentary evidence:

The parties stipulate that the settlement conference be continued at least three weeks. Counsel will contact Judge James's bailiff for a new date. If Judge James cannot hear the matter before the March 3, 2006 Case Management Conference, counsel will prepare a stipulation to postpone the CMC until after the settlement conference, consistent with Judge Breyer's wishes.

-1-

Stipulation and (Proposed) Order
Continuing Settlement Conference
Wiltz v. CCSF #C-05-03275-CRB

Dated: January 31, 2006

LAW OFFICES OF STEVEN R. JACOBSEN

//ss// JAMES L. ARMSTRONG
Attorneys for Plaintiffs

Dated: January 30, 2006

SAN FRANCISCO CITY ATTORNEY'S OFFICE

//ss// DAVID DELBON
Attorneys for Defendant

**IT IS SO ORDERED**:

**Dated:** ___1/31/06___

_____
**MAGISTRATE JUDGE JAMES**

Stipulation and (Proposed) Order
Continuing Settlement Conference
Wiltz v. CCSF #C-05-03275-CRB