STEVEN R. JACOBSEN
BAR NO. 95246
JAMES L. ARMSTRONG
BAR NO. 87797
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
LOUISE WILTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE WILTZ, | Case No.: C 05-03275 CRB |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

Whereas:

- The court ordered the parties to attend a settlement conference before returning for further case management;

- The settlement conference before Magistrate James had to be re-scheduled to March 17; and

- The parties are presently scheduled to return for a Case Management Conference at 8:30 a.m. on Friday, March 3:

The parties stipulate that the Case Management Conference be continued to April 7, 2006.

//

//

//

//

-1-

**Stipulation and (Proposed) Order
Continuing Case Management Conference
Wiltz v. CCSF #C-05-03275-CRB**

Dated: February 16, 2006        LAW OFFICES OF STEVEN R. JACOBSEN


                                //ss// JAMES L. ARMSTRONG_____
                                        Attorneys for Plaintiffs


Dated: February 16, 2006        SAN FRANCISCO CITY ATTORNEY'S OFFICE


                                //ss//DAVID DELBON_____
                                        Attorneys for Defendant


      Based on the parties' stipulation, and for other good cause appearing, **IT IS HEREBY ORDERED** that the Case Management Conference in this matter is continued to 8:30 a.m. on Friday, April 7th, 2006 in Courtroom 8 on the 19th Floor of the federal building.


**Dated:** _Feb. 17, 2006_          _____
                                        **JUDGE CHARLES R. BREYER**

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**Stipulation and (Proposed) Order**
**Continuing Case Management Conference**
**Wiltz v. CCSF #C-05-03275-CRB**