**STEVEN R. JACOBSEN**
BAR NO. 95246
**JAMES L. ARMSTRONG**
BAR NO. 87797
LAW OFFICES OF STEVEN R. JACOBSEN
901 CLAY STREET
OAKLAND, CALIFORNIA 94607
(510) 465-1500

ATTORNEYS FOR PLAINTIFF
LOUISE WILTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE WILTZ, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | Case No.: C 05-03275 CRB <br><br> **PLAINTIFF'S OPPOSITION TO DISMISSAL** |

On June 7, 2006 the parties agreed to settle the case. On that same day, the court issued an order that the case would be automatically dismissed within 30 days (by July 7) unless plaintiff filed an opposition to dismissal, indicating that the settlement funds had not yet been paid.

As of 11:20 a.m. on Monday, July 03, 2006, plaintiff's counsel has not yet received the settlement funds, and respectfully requests that the court extend the "automatic" dismissal period through Tuesday, August 8, 2006.

Dated: July 3, 2006                    LAW OFFICES OF STEVEN R. JACOBSEN



IT IS SO ORDERED
Judge Charles R. Breyer

//ss// JAMES L. ARMSTRONG
July 5, 2006       Attorneys for Plaintiffs

-1-

Plaintiff's Opposition to Dismissal
Wiltz v. CCSF #C-05-03275-CRB