| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Attorney |
| 3 | DAVID A. DELBON, State Bar # 133927<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:     (415) 554-3962 |
| 6 | Facsimile:      (415) 554-3837<br>E-Mail:         david.delbon@sfgov.org |

Attorneys for City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE WILTZ<br><br>                Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>                Defendant. | Case No. C05-3275 CRB<br><br>REQUEST FOR DISMISSAL;<br>~~PROPOSED~~ ORDER OF DISMISSAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

///

///

///

///

///

Request for Dismissal                           1
Wiltz v. CCSF/ USDC No. C05-3275 CRB

N:\LIT\LI2006\060035\00388320.DOC

1 | ///

2 | Dated: 8-2-06

*James L. Armstrong* (signature)
JAMES L. ARMSTRONG
Attorney for Plaintiff

8 | Dated: 8/6/06

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
DAVID A. DELBON
Deputy City Attorney

By: *(signature)*
DAVID A. DELBON
Deputy City Attorney
Attorneys for Defendant
City and County of San Francisco

**ORDER**

**IT IS SO ORDERED:**

Dated: September 20, 2006

_____
CHARLES R. BREYER
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

Request for Dismissal
Wiltz v. CCSF/ USDC No. C05-3275 CRB

2

N:\LIT\LJ2006\060035\00388320.DOC